IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL BOYTER, | No. C 11-3943 SI |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON MOTIONS TO NOVEMBER 18, 2011** |
| v. | |
| WELLS FARGO BANK NA, *et al.*, | |
| Defendants. / | |

Defendants' motion to dismiss the complaint is scheduled for a hearing on October 28, 2011. The docket reflects that mail sent to plaintiff, who is proceeding *pro se*, has been returned as undeliverable. On October 11, 2011, plaintiff filed a motion and also requested that the Clerk correct his address on the docket. On October 13, 2011, defendants filed a certificate of service stating that on that same date, the motion to dismiss and supporting papers had been served by mail on plaintiff at the new address.

Accordingly, the Court reschedules all motions (Docket Nos. 5, 6, and 22) to **November 18, 2011** at **9:00 am.** Oppositions to the pending motions must be filed no later than **October 28, 2011**, and replies must be filed no later than **November 4, 2011**.

**IT IS SO ORDERED.**

Dated: October 13, 2011

SUSAN ILLSTON
United States District Judge