**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL BOYTER,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK NA, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 11-3943 SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A CONTINUANCE AND RESCHEDULING ALL PENDING MOTIONS TO DECEMBER 22, 2011 AT 9:00 AM** |

Plaintiff, who is proceeding *pro se*, has requested a continuance of the motions scheduled for November 18, 2011, to afford him time to seek legal representation. The Court GRANTS the request and reschedules all of the motions set for November 18, 2011 to **December 22, 2011 at 9:00 am.** The Court informs plaintiff that if he has not secured legal representation by December 22, 2011, the Court will nevertheless proceed with the hearing and rule on defendants' motions.

**IT IS SO ORDERED.**

Dated: November 9, 2011

SUSAN ILLSTON
United States District Judge