Law Offices of Mark Lapham (SBN: 146352)
751 Diablo Rd.
Danville, CA 94526

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL BOYTER<br><br>           Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NDEX WEST, LLC AND DOES 1-100<br><br>           Defendants. | Case No:  CV 11-3943 SI<br><br>REQUEST THAT THE COURT ORDERED ADR ANALYSIS BE CONTINUED UNTIL FEBRUARY 9th, 2012 |

   The Parties in this case had their initial conference call whether or not an Alternative Dispute Resolution would be warranted on December 29, 2011 in this case.  Daniel Bowling has been assigned by the Court to recommend to the Court whether ADR is appropriate in this case. After the call, it was determined that there was a need for further discussions with Mr. Bowling before he could render his recommendation to the Court.  He therefore assigned February 9, 2012 as the date for the next conference call.  Plaintiff through his counsel, and Defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc., represented by Mr. Ronald M. Arlas, and Defendant NDeX West, LLC represented by Mr. Thomas K. Agawa, have all stipulated to this date for continuing the ADR report.

   Based on the above facts, it is respectfully requested that an order be issued affirming the above continuance.

- 1

Respectfully submitted:

Dated: January 16, 2012

By: /s/ Mark Lapham
MARK LAPHAM

Attorney for Plaintiff

Dated: January 17, 2012

By: /s/Ronald M. Arlas
RONALD M. ARLAS, ESQ.

Attorneys for Defendants WELLS FARGO BANK, N.A.
and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, LLC

Dated: January 16, 2012

By: /s/Thomas K. Agawa
THOMAS K. AGAWA, ESQ.

Attorneys for Defendant NDeX West, LLC

**IT IS SO ORDERED**
Judge Susan Illston
(United States District Court, Northern District of California seal)