IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL BOYTER, | No. C 11-3943 SI |
| Plaintiff, | **ORDER RE: DEADLINE FOR FILING AMENDED COMPLAINT** |
| v. | |
| WELLS FARGO BANK NA, *et al.*, | |
| Defendants. | |

The Court's April 4, 2012 Order Granting Motion to Dismiss contained two different deadlines for the filing of the amended complaint. The Court hereby clarifies that the amended complaint must be filed by **April 20, 2012**.

**IT IS SO ORDERED.**

Dated: April 11, 2012

SUSAN ILLSTON
United States District Judge