IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL BOYTER, | No. C 11-3943 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| WELLS FARGO BANK NA, *et al.*, | |
| Defendants. / | |

In an order filed April 4, 2012, the Court granted defendants' motion to dismiss the first amended complaint, and granted plaintiff limited leave to amend. The amended complaint was due April 20, 2012. Plaintiff did not file an amended complaint, nor has plaintiff taken any action in this case since the filing of the April 4, 2012 order.

Accordingly, the Court DISMISSES this case. Plaintiff's claims for wrongful foreclosure, declaratory and injunctive relief are dismissed with prejudice. All other claims alleged in the first amended complaint are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 30, 2012

SUSAN ILLSTON
United States District Judge