IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL BOYTER, | No. C 11-3943 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK NA, *et al*., | |
| Defendants. | |

On April 4, 2012, the Court granted defendants' motion to dismiss the first amended complaint, and granted plaintiff limited leave to amend. Plaintiff did not file an amended complaint. Plaintiff's claims for wrongful foreclosure, declaratory and injunctive relief are dismissed with prejudice., and all other claims are dismissed without prejudice.

Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: April 30, 2012

SUSAN ILLSTON
United States District Judge